**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**VINCENT MACINO,**

**Plaintiff,**

**v.**

**EQUIP HEALTH MEDICAL, P.C., a California Professional Corporation, and EQUIP HEALTH MEDICAL COLORADO, P.C., a Colorado Professional Corporation,**

**Defendant.**

**Case No.: 1:26-cv-03765**

**Honorable Judge Thomas M. Durkin**

**Magistrate Judge Jeannice Appenteng**

**JOINT MOTION FOR REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE AND TO STAY THE DEADLINE TO ASNWER OR OTHERWISE PLEAD**

The Parties, Plaintiff, Vincent Macino ("Plaintiff") and Defendants, Equip Health Medical, P.C. and Equip Health Medical Colorado, P.C., ("Defendants") (collectively, the "Parties"), by and through their respective counsel, jointly move this Court for an Order (1) referring this matter to the assigned Magistrate Judge, the Honorable Jeannice Appeteng, for purposes of conducting a settlement conference; and (2) staying the deadline to answer or otherwise plead pending completion of the settlement conference. In support of their Joint Motion, the Parties state as follows:

1. This action concerns claims asserted by Plaintiff against Defendant under the California Labor Code, Illinois Whistleblower Act, and Illinois Common Law. Defendants have not answered or otherwise plead in response to Plaintiff's Complaint.

2. The parties have engaged in settlement negotiations in an effort to resolve this matter without further litigation.

3. On August 13, 2026, the Court granted Defendants an extension through September 14, 2026 to answer or otherwise plead to Plaintiff's Complaint while the parties pursued settlement negotiations. (Doc. 17).

4. In that same Order, this Court extended the Parties' joint status report deadline to September 28, 2026. *Id.*

5. Following that extension, the Parties continued their settlement negotiations in good faith.

6. Despite those continued efforts, the Parties have not reached a settlement agreement.

7. The Parties have conferred regarding the possibility of resolving this matter and now jointly believe that a settlement conference before Magistrate Judge Appeteng may facilitate a resolution of the claims and defenses at issue.

8. The Parties therefore jointly request that the Court refer this case to Magistrate Judge Appeteng, or another magistrate judge designated by the Court, for the limited purpose of conducting a settlement conference and related settlement proceedings.

9. The requested referral is limited to settlement proceedings and does not constitute the Parties' consent to a magistrate judge's exercise of jurisdiction over the entire case.

10. In light of the Parties' joint request for a settlement conference, the Parties further respectfully request that the Court stay the deadline to answer or otherwise plead while the Parties participate in the settlement process.

11. The Parties also respectfully submit that the September 28, 2026 status report is no longer needed.

12. A temporary stay will allow the Parties to devote their resources to meaningful settlement discussions and avoid incurring litigation expenses that may prove unnecessary if the matter can be resolved through the settlement conference. The Parties submit that the requested stay will promote judicial economy and will not unfairly prejudice either party.

13. The Parties propose that Defendant's deadline to answer or otherwise plead remain stayed through completion of the settlement conference. If the matter does not resolve, the Parties will confer promptly following the settlement conference and, within fourteen (14) days thereafter, submit a joint status report advising the Court of the status of the case and, if necessary, proposing any appropriate revisions to the remaining initial pleading schedule.

WHEREFORE, Plaintiff Vincent Macino and Defendants Equip Health Medical, P.C. and Equip Health Medical Colorado, P.C. respectfully request that this Court enter an Order:

a. referring this matter to Magistrate Judge Appeteng for the purposes of conducing a settlement conference;
b. staying the deadline to answer or otherwise plead pending completion of the settlement conference;
c. tolling any unexpired pleading deadlines during the period of the stay;
d. directing the Parties, if the case does not resolve, to file a joint status report within fourteen (14) days after completion of the settlement conference regarding the resumption of discovery and any necessary revisions to the discovery schedule; and
e. granting such other and further relief as the Court deems just and appropriate.

Dated: September 14, 2026

Respectfully submitted,

**EQUIP HEALTH MEDICAL, P.C. and EQUIP HEALTH MEDICAL COLORADO, P.C.**

By: */s/ Emily A. Callam*
One of the Attorneys for Defendants

Sheri A. Mercier
Emily A. Callam
O'Hagan Meyer LLC
One E. Wacker Dr., Suite 3400
Chicago, Illinois 60601
Telephone: 312.422.6100
Facsimile: 312.422.6110
smercier@ohaganmeyer.com
ecallam@ohaganmeyer.com
Firm #60938

**VINCENT MACINO**

*By: /s/ Nicholas Kreitman (with consent)*
Attorney for Plaintiff

Nicholas Kreitman
Attorney ID 6318283
Kreitman Law, LLC
505 North LaSalle Dr., Suite 500
Chicago, IL 60654
(847) 970-0575
njk@kreitmanlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on September 14, 2026 on all counsel of record via ECF:

Nicholas Kreitman
Attorney ID 6318283
Kreitman Law, LLC
505 North La Salle Dr., Suite 500
Chicago, IL 60654
(847) 970-0575
njk@kreitmanlaw.com
*Counsel for Plaintiff*

*/s/ Emily A. Callam*
Emily A. Callam (ARDC #6348787)
O'Hagan Meyer LLC
1 E. Wacker Drive, Suite 3400
Chicago, IL 60601
P: (312)422-6100
F: (312)422-6110
ecallam@ohaganmeyer.com
*Attorney for Defendants*